

2012 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-30-2012

# In Re: Shaun Wright

Precedential or Non-Precedential: Non-Precedential

Docket No. 12-2493

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation

"In Re: Shaun Wright " (2012). *2012 Decisions.* Paper 512.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/512

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 12-2493

_____

IN RE:  SHAUN WRIGHT,
Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the Middle District of Pennsylvania
(Related to M.D. Pa. Civ. No. 07-cv-00918)

_____

_____

ORDER AMENDING OPINION

_____

It appears that the final sentence of the opinion filed on August 17, 2012 was not completed and certain words were omitted.  The final sentence of the opinion as filed is: For the foregoing reasons, we will deny .

The complete sentence is:
For the foregoing reasons, we will deny the petition for a writ of mandamus.

Accordingly, an amended opinion will be filed.  The filing date of the opinion as originally filed will not be altered as well as the filing date of the judgment.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Dated:  August 30, 2012